IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK DEUTSCH and ROSEMARY DEUTSCH | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 02-CV-3344 |
| v. | : : | |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | : : : : : : | ENTRY OF APPEARANCE |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____       _____

Hope S. Freiwald                           Aline Fairweather


_____       _____

Alison T. Conn                             Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000